**STATE of Missouri, Respondent,**

v.

**Mario GUTIERREZ, Appellant.**

No. WD 69495.

Missouri Court of Appeals,
Western District.

July 31, 2009.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Sept. 22, 2009.

John R. Collom, Esq., Kansas City, MO,
for appellant.

Shaun J. Mackelprang, Esq., and Evan
Buchheim, Esq., Jefferson City, MO, for
respondent.

Before ALOK AHUJA, P.J., THOMAS
H. NEWTON, C.J., and HAROLD L.
LOWENSTEIN, J.

### ORDER

PER CURIAM:

Mario Gutierrez appeals the circuit
court's judgment convicting him of two
counts of the class B felony of child moles-
tation in the first degree in violation of
§ 566.067, RSMo 2000. On appeal, Gutier-
rez challenges the trial court's limitation of
his cross-examination of a witness concern-
ing prior false allegations of sexual abuse
by the child-victim, and the prosecution's
reference in closing argument to the fact
that Gutierrez had presented no evidence
to corroborate his claim that the child-
victim had made such prior allegations.
We affirm. Because a published opinion
would have no precedential value, a memo-
randum setting forth the reasons for this

order has been provided to the parties.
Rule 30.25(b).